**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**RONALD SATISH EMRIT,**

    **Plaintiff,**

**v.**                                **Case No. 1:20-cv-34-AW-GRJ**

**BETSY DEVOS, DEFAULT
RESOLUTION GROUP, NELNET and
ACTION FINANCIAL SERVICES,**

    **Defendants.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

I have considered the magistrate judge's March 4, 2020 Report and Recommendation. ECF No. 6. I have also considered de novo the issues raised in Plaintiff's "Notice of Appeal," which I construe as objections to the Report and Recommendation. ECF No. 7. (If Plaintiff seeks to appeal this order to the Eleventh Circuit Court of Appeals, he must file a separate notice of appeal.)

I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.    The Report and Recommendation (ECF No. 6) is adopted and incorporated into this order.

2.    The clerk will enter a judgment that says, "The complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)."

3.     Plaintiff is warned that filing of frivolous lawsuits in this court may result in sanctions, including monetary sanctions and filing restrictions.

4.     The clerk will close the file.

SO ORDERED on April 3, 2020.

s/ *Allen Winsor*
United States District Judge